NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KEVIN LENARD WASHINGTON, )
 )
     Appellant, )
 )
v. )    Case No. 2D18-1518
 )
STATE OF FLORIDA, )
 )
     Appellee. )
_____)

Opinion filed March 8, 2019.

Appeal from the Circuit Court for
Manatee County; Philip J. Federico,
Judge.

Howard L. Dimmig, II, Public Defender,
and Stephania A. Gournaris, Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.

PER CURIAM.


      Affirmed.


LaROSE, C.J., and SILBERMAN and ATKINSON, JJ., Concur.